# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS E. ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation, DOES I – X, and ROE CORPORATIONS I-X, Inclusive,<br><br>Defendants.<br><br>THE TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>THOMAS E. ADAMS,<br><br>Counterdefendant. | Case No. 3:11-cv-00870-HDM -VPC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

15082391

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Thomas E. Adams, and Defendant The Travelers Indemnity Company, and Travelers Property Casualty Company of America, through their respective counsel of record, that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorney fees.

DATED this 17 day of May, 2012.                DATED this 17th day of May, 2012.

SNELL & WILMER L.L.P.                          PETER A. TOMAINO, INC.

By: _____                    By: /s/ Michael E. Sullivan
Amy M. Samberg, Esq.                           Peter A. Tomaino, Esq.
Joshua D. Cools, Esq.                          227 Clay Street
3883 Howard Hughes Parkway                     Reno, NV 89501
Suite 1100
Las Vegas, NV 89169                            ROBISON, BELASTEGUI, SHARP
                                               & LOW
Attorneys for Defendants and                   Michael E. Sullivan, Esq.
Counterclaimants                               71 Washington Street
The Travelers Indemnity Company and            Reno, NV 89503
Travelers Property Casualty Company
of America                                     Attorneys for Plaintiff and
                                               Counterdefendant

**ORDER**

IT IS SO ORDERED:

Dated this 17th day of May, 2012

_____
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Amy M. Samberg
Nevada Bar No. 10212
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendants
The Travelers Indemnity Company And
Travelers Property Casualty Company of America

15082391